No. 65977.—E. Dillingham, Inc. *v.* United States, protests 277973–K, etc. (Ogdensburg).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of coats valued at $4 or more each and vests valued at $2 or more each, in chief value of nylon, similar in use to cotton wearing apparel, and following the principles set forth in *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), the claim of the plaintiff was sustained.

No. 65978.—Howe Sales Corp. et al. *v.* United States, protests 211893–K, etc. (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the issue is the same in all material respects as that the subject of *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), and the record showing that the merchandise consists of knit nylon gloves similar in use to silk gloves, the claim of the plaintiffs was sustained.

No. 65979.—Florea & Co., Inc. *v.* United States, protests 299983–K, etc. (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the issue is the same in all material respects as that the subject of *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), and the record showing that the merchandise consists of knit nylon gloves similar in use to silk gloves, the claim of the plaintiff was sustained.

No. 65980.—Florea & Co., Inc. *v.* United States, protests 307648–K, 308173–K, and 311227–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the issue is the same in all material respects as that the subject of *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), and the record showing that the merchandise consists of knit nylon gloves similar in use to silk gloves, the claim of the plaintiff was sustained.

No. 65981.—Associated Dry Goods Corp. (Lord & Taylor Div.) et al. *v.* United States, protests 241748–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of nylon knit outerwear similar in use to silk knit outerwear and following *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, AUGUST 24, 1961

No. 65982.—Florea & Co., Inc. *v.* United States, protest 303400–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the issue is the same in all material respects as that the subject of *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), and the record showing that the merchandise consists of knit nylon gloves similar in use to cotton gloves, the claim of the plaintiff was sustained.

No. 65983.—Florea & Co., Inc. *v.* United States, protest 311230–K (New York).